USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SUBPOENA ISSUED BY M. COHEN AND SONS, INC. | Miscellaneous Action<br><br>No. 1:21-mc-00746-LAK |

**ORDER**

AND NOW, this 25th day of September, 2021, upon consideration of M. Cohen and Sons, Inc.'s ("MCS") Motion to Transfer, and with the consent of the recipient of the subpoena at issue, Steven Holl Architects ("SHA"), it is hereby ORDERED that MCS's Motion is GRANTED, and this action is hereby transferred to the United States District Court for the District of New Jersey, which is the Court that issued the subpoena in the related matter captioned *M. Cohen and Sons, Inc. v. Platte River Insurance Co.*, C.A. 3:20-cv-02149 ZNQ-LHG.

HONORABLE LEWIS A. KAPLAN, U.S.D.J.

126157745.1